# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149567(70)

CHABAD-LUBAVITCH OF MICHIGAN, and
CONGREGATION BETH CHABAD,
Plaintiffs-Appellees,
Cross-Appellants,

v

DR. DOV SCHUCHMAN, KEN KOHN,
DORENE SOBCZAK, NEIL CRAFT, ANDREA
FEUEREISEN, DALE GOODMAN, LEAH
RUBY, ELIMELECH SILBERBERG, SARA
TUGMAN BAIS CHABAD TORAH, and
CONGREGATION BAIS CHABAD OF WEST
BLOOMFIELD,
Defendants-Appellants,
Cross-Appellees.

SC: 149567
COA: 312037
Oakland CC: 2012-126333-CH

_____/

On order of the Court, the motion for reconsideration of this Court's May 20, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

BERNSTEIN, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



Clerk

a0831